**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty-six,

Hilda Cecilia Villegas ex rel. Lisual Armando Guzman Andujar,

**ORDER**

Docket No. 26-157

        Petitioner - Appellee,

v.

Kenneth Genalo, In his official capacity as Field Office Director of New York Immigration and Customs Enforcement,

        Respondent - Appellee,

and

Kristi Noem, In her official capacity as Secretary of Homeland Security, Pamela Bondi,

        Respondents - Appellants.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/10/2026**